UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH JONES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. 2:19-cv-01224-TLN-CKD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE**<br><br>Judge:　Troy L. Nunley<br>Ctrm:　2<br><br>Complaint Filed:　July 2, 2019<br>FAC Filed:　July 3, 2019 |

The Court having reviewed the Stipulation to Continue the Hearing Date filed by the parties finds that good cause exists to enter an order approving said Stipulation.

Accordingly, IT IS HEREBY ORDERED as follows:

The hearing on Plaintiff's Motion to (1) Strike Unum's Affirmative Defenses in its Amended Answer to Plaintiff's First Amended Complaint; and (2) Deem Certain, Improperly Denied Allegations in the First Amended Complaint Admitted is continued from November 14, 2019 to December 19, 2019 at 2:00 p.m. All opposition and reply brief deadlines are continued to correspond with the new hearing date.

DATED: October 10, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

171646.1

1

Case No. 2:19-cv-01224-TLN-CKD
ORDER GRANTING STIPULATION TO
CONTINUE HEARING DATE